
CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

DEC 19 2011

JULIA C. DUDLEY, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| LAUREL B. MATTICHAK, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:11cv00017 |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | )　　United States District Judge |
| | ) |
| Defendant. | ) |

### ORDER

In accordance with the Memorandum Opinion entered this date, it is hereby **ORDERED** and **ADJUDGED** that the plaintiff's motion to consider additional evidence (Docket #11) is **GRANTED**, that the Commissioner's motion for summary judgment (Docket #14) is **DENIED**, that this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration, and that this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to plaintiff and to counsel of record.

Entered: December 19, 2011

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge